UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61541-CIV-ZLOCH

ELIZABETH P. CHEN,

       Plaintiff,

vs.                                             **FINAL ORDER OF DISMISSAL**

CREDITORS FINANCIAL GROUP, LLC,

       Defendant.
_____/

      THIS MATTER is before the Court upon Plaintiff Elizabeth P. Chen's Notice Of Voluntary Dismissal With Prejudice (DE 4). The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. Plaintiff Elizabeth P. Chen's Notice Of Voluntary Dismissal With Prejudice (DE 4) be and the same is hereby approved, adopted and ratified by the Court;

      2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

      3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 31st day of August, 2011.

                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:

All Counsel of Record